IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| PHILIP E. MCNAUGHT, <br> Plaintiff, <br> v. <br> CPC LOGISTICS, INC., and <br> JOHN F. FITZGERALD, individually and <br> in his corporate capacity, <br> Defendants. | Case No. 3:13-cv-00078-JAJ-RAW <br><br> **JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

COME NOW the Plaintiff, Philip E. McNaught, and the Defendants, CPC Logistics, Inc. and John F. Fitzgerald, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41.a.2, having reached a settlement, hereby jointly stipulate to the dismissal of Plaintiff's Complaint/Petition, including all claims brought to date in this matter, WITH PREJUDICE, with each Party to bear its own attorney's fees and costs.

_____
Philip E. McNaught, Plaintiff
Date: 8-6-14

| | |
|---|---|
| FLYNN LAW FIRM, P.L.C. | HARRIS DOWELL FISHER & HARRIS, L.C. |
| By: /s/ E.J. Flynn <br> E. J. Flynn, AT0009633 <br> 2900 – 100th St., Suite 304 <br> Urbandale, IA 50322 <br> Phone: (515) 710-8571 <br> Facsimile: (855) 296-3165 <br> Email: ejflynn@flynnlawia.com | By: /s/ Fred A. Ricks, Jr. <br> Fred A. Ricks, # 31663MO <br> 15400 S. Outer 40, Suite 202 <br> Chesterfield, MO 63017 <br> Phone: (636) 532-0300 <br> Facsimile: (636) 532-0246 <br> Email: fricks@harrisdowell.com |
| Attorney for Plaintiff | Attorney for Defendants |

LANE & WATERMAN LLP

By: /s/ Robert B. McMonagle
Robert B. McMonagle
220 N. Main St., Suite 600
Davenport, IA 52801-1987
Telephone:(563) 324-3246
Facsimile: (563) 324-1616
Email:    rmcmonagle@l-wlaw.com

Attorney for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2014, I served a true and correct copy of the foregoing upon the following, to be served by operation of the Court's electronic filing system:

E. J. Flynn
Flynn Law Firm, P.L.C.
2900 – 100th St., Suite 304
Urbandale, IA 50322
Email: ejflynn@flynnlawia.com


/s/ Fred A. Ricks, Jr.